| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>1:15-CR-00348-ADA-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)*<br>2:26-cr-00118-RFB-MDC-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Western District of Texas | DIVISION<br>Austin |
|---|---|---|

☑ FILED     ___ RECEIVED
___ ENTERED     ___ SERVED ON

**JUNE 15 2026**

CLERK, U.S. DISTRICT COURT
~~DISTRICT OF NEVADA~~
BY: _____ **AMMi** _____ DEPUTY

Garry Wayne Craighead

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Alan D Albright ; U.S. District Judge |

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>12/20/2024 | TO<br>12/19/2027 |
|---|---|---|

OFFENSE
Count 1: Willful Solicitation and Receipt of Illegal Remunerations in Federal Health Care Program,
  in violation of 42 U.S.C. § 1320-7b(b)
Count 2:  Engaging in Monetary Transaction in Property Derived from Specified Unlawful Activity,
  in violation of 18 U.S.C. § 1957

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    WESTERN    DISTRICT OF    TEXAS

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    District of Nevada    upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 9, 2026
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE      DISTRICT OF

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/16/2026

*Effective Date*

*United States District Judge*

**UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM**

RE: Garry Wayne Craighead

Case No.: TO BE ASSIGNED

**REQUESTING ACCEPTANCE OF JURISDICTION**

June 12, 2026

TO:     United States District Judge

On June 13, 2016, Garry Craighead was sentenced in the Western District of Texas by the Honorable Judge Sparks to a term of 168 months imprisonment followed by three (3) years supervised release for committing the offense of Willful Solicitation and Receipt of Illegal Remunerations in Federal Health Care Program and Engaging in Monetary Transaction in Property Derived from Specified Unlawful Activity. On December 20, 2024, Craighead commenced his term of supervised release in the Western District of Texas, Austin Division. On August 21, 2025, Craighead transferred his supervision to the District of Nevada, where he has remained.

Craighead has no intention of returning to the Western District of Texas. As such, the Probation Office respectfully requests the Court accept jurisdiction of this case. As noted by the signature on the attached Transfer of Jurisdiction (Prob 22), U.S. District Judge has agreed to relinquish jurisdiction. Should the Court agree with the request, the Transfer of Jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

Digitally signed by
Victoria Willard
Date: 2026.06.15
14:13:19 -07'00'

Victoria Willard
United States Probation Officer

Approved:

Digitally signed by
Amberleigh Barajas
Date: 2026.06.15 14:11:19
-07'00'

Amberleigh Barajas
Supervisory United States Probation Officer